JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| UNITED STATES<br><br>　　　　Plaintiff,<br><br>v.<br><br>$62,545.00 USD IN CURRENCY<br><br><br>　　　　Defendant. | Case No. SACV 19-00138 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment against $62,545.00 in U.S. currency, the Defendant, and in favor of Plaintiff United States. Plaintiff is awarded the $62,545.00.

Dated September 24, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT